UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                   Bankr. Case No. 13-45872-RLE-13

JAYNE M. CARNEY                                     Chapter 13

      Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                            Americredit Financial Services, Inc. dba GM Financial
                            PO Box 183853
                            Arlington, TX  76096

                                                By  /s/  James Hogan, Jr.

                                               James Hogan, Jr.
                                               PO Box 183853
                                               Arlington, TX  76096
                                               877-203-5538
                                               877-259-6417
                                               Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on November 14, 2013 :

PATRICK L FORTE  
1 Kaiser Plaza #480  
Oakland, CA 94612-3610

Martha G. Bronitsky  
P.O. Box 9077  
Pleasanton, CA 94566

By /s/ James Hogan, Jr.  
James Hogan, Jr.

xxxxx31763 / 677052