DAVID M. POITRAS, APC (CA Bar No. 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: dpoitras@jmbm.com

PAMELA C. JACKSON (CA Bar No. 87502)
PAMELA C. JACKSON, INC.
409 Boyd Street
Vacaville, California 95688
Telephone: (707) 446-2333
Facsimile: (707) 446-2393
Email: jackson@pcjlawinc.com

Attorneys for Moving Party,
Duke Partners II, LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JAYNE MARGARET CARNEY,<br><br>                      Debtor. | CASE NO. 13-bk-45872-RLE<br><br>RS NO. DMP-1<br><br>Chapter 13<br><br>Date: September 27, 2017<br>Time: 1:30 p.m.<br>Ctrm: 201<br>Place: 1300 Clay Street<br>        Oakland, CA 94612<br>Judge: The Hon. Roger L. Efremsky |

## DUKE PARTNERS II, LLC'S MOTION TO ANNUL THE AUTOMATIC STAY, OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY

### RELIEF REQUESTED

Duke Partners II, LLC (and/or its assignee)("Movant"), hereby moves the Court, pursuant to 11 U.S.C. § 362(d)(1), and the accompanying Notice of Hearing, Relief from Stay Cover Sheet, Memorandum of Points and Authorities and Declaration of Sheri Crandall, for an Order:

61296608v1

1. As to Duke, its predecessors, successors, transferees and assigns, that the automatic stay imposed by 11 U.S.C. § 362(a) be annulled retroactively to the bankruptcy petition date and that any postpetition acts taken by Duke or its predecessors, successors, transferees and assigns to enforce its remedies to foreclose on the Property and obtain possession of the Property in accordance with applicable nonbankruptcy law do not constitute a violation of the stay; or

2. Terminating the automatic stay imposed by 11 U.S.C. § 362(a) so that Movant (and any successors or assigns) may proceed under applicable nonbankruptcy law to complete enforcement remedies to obtain possession of the Property;

3. Any co-debtor stay of 11 U.S.C. § 1301(a) be annulled as to any co-debtor, as to the same terms and conditions as to the Debtor; and

4. Waiving the 14-day stay prescribed by FRBP 4001(a)(3).

5. That is binding upon conversion or dismissal of the bankruptcy case.

Movant prays for relief in accordance with the foregoing, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

DATED: September 13, 2017     JEFFER MANGELS BUTLER & MITCHELL LLP

By: */s/ David M. Poitras*
　　DAVID M. POITRAS, APC
　Attorneys for Moving Party, Duke Partners II, LLC

61296608v1