In re: JAYNE MARGARET CARNEY,

Debtor(s)

Bankruptcy No.: 13-bk-45872-RLE
R.S. No.: DMP-1
Hearing Date: 09/27/2017
Time: 1:30 pm

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 10/25/2013      Chapter: 13
    Prior hearings on this obligation: N/A     Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value:      $_____      Source of value:_____
Contract Balance:       $_____      Pre-Petition Default:    $_____
Monthly Payment:        $_____      No. of months: _____
Insurance Advance:      $_____      Post-Petition Default:   $_____
                                         No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
Single Family Residence: Debtor is alleged tenant
9527 Granada Avenue, Oakland, CA 94605

Fair market value: $_____      Source of value:_____      If appraisal, date:_____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal.            $ N/A           Pre-Petition Default:    $ N/A
As of (date): _____                No. of months: _____
Mo. payment:            $ N/A           Post-Petition Default:   $ N/A
Notice of Default (date): N/A           No. of months: N/A
Notice of Trustee's Sale: N/A           Advances Senior Liens:   $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed:_____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Foreclosure Sale: 10/27/2016; Trustee's Deed Recorded: 1/26/2017; Notice to Quit Served: 3/7/2017; Prejudgment Claim to Right to Possession Served and Posted: 3/2/2017; Writ of Possession Issued: 7/3/2017; Lock out: 8/16/2017

Dated: 09/13/2017

/s/ David M. Poitras
Signature
David M. Poitras
Print or Type Name

Attorney for Duke Partners II, LLC