Andrew J. Christensen (SBN: 260748)
Attorney at Law
1970 Broadway, Suite 550
Oakland, CA 94612
Tel: (510) 761-7183
Fax: (510) 680-3430
Andrew@CaliforniaHomeLawyer.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of: | Case No. 13-45872 |
| Jayne Carney | Chapter 13 |
|     Debtor | **Substitution of Attorney,** |

Jayne Carney, Debtor herein, hereby substitute Andrew J. Christensen, as the attorney of record in this case.

Dated: September 25, 2017          /s/ Jayne Carney
                                                  Jayne Carney
                                                  Debtor

Dated: _____

                                                  Debtor

I consent to the above substitution.

Dated: September 25, 2017          /s/ Andrew Christensen
                                                  Andrew Christensen
                                                  Attorney for Debtors